UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| Charles Lyons | § § | |
| *versus* | § § | Case Number: 4:24−cv−01554 |
| Yehonotan Sade, et al. | § | |

## Notice of Cancellation

A proceeding in this case has been canceled as set forth below.

    Canceled setting: Initial Conference

    Date and Time: 9/5/24 at 10:30 a.m.

Date: September 3, 2024

                                                                           Nathan Ochsner, Clerk