United States Courts
Southern District of Texas
FILED
9/27/24
Nathan Ochsner, Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
SEP 27 2024
DEBORAH M. YOUNG
CLERK

U.S. COURT OF APPEALS
RECEIVED
OCT 16 2024
FIFTH CIRCUIT

**CHARLES LYONS,**
**Plaintiff,**

V.

**YEHONOTAN SADE**
**Et al.**
**Defendants.**

CIVIL ACTION FILE
NO. 4:24-CV-01554
(Trial by Jury Demanded)

## NOTICE OF APPEAL

To:   Clerk of the Court

Plaintiff Charles Lyons herby appeals to 28 USC 1292(a)(1), to the United States Court of Appeals for the Fifth Circuit, from the case termination order on September 3, 2024 by The United States District Court, Southern District of Texas, which terminated case 24-CV-01554 for not executing service of summons to the Defendants although The Clerk of Court documented the Defendants were served the summons and return of execution in a timely manner at the Defendants company headquarters address.

Respectfully submitted,

*Charles Lyons*
Charles Lyons
3950 June Apple Ct
Decatur, GA 30034
470-403-8678

TERRY ADAMS
 CHIEF JUSTICE

PETER KELLY
GORDON GOODMAN
SARAH BETH LANDAU
RICHARD HIGHTOWER
JULIE COUNTISS
VERONICA RIVAS-MOLLOY
AMPARO GUERRA
APRIL L. FARRIS
 JUSTICES



# Court of Appeals
# First District
### 301 Fannin Street
### Houston, Texas 77002-2066

September 30, 2024

DEBORAH M. YOUNG
CLERK OF THE COURT

ANNE MARIE GREENWOOD
CHIEF STAFF ATTORNEY

PHONE: 713-274-2700

www.txcourts.gov/1stcoa.aspx



Charles Lyons
3950 June Apple Ct
Decatur, GA 30034

On September 27, 2024 we a received notice of appeal for case number 24-CV-01554. The document is being returned because we believe that the document was mistakenly filed with the First Court of Appeals. Please file your document with the appropriate court. For further questions please call us at P713-274-2700.

Sincerely,

Deborah M. Young, Clerk of the Court

Local Rule Notice of and Assignment
of Related Case in Original Proceedings
[sample; file with petition in original proceeding]

As required by the Local Rules Relating to Assignment of Related Cases to and Transfers of Related Cases between the First and Fourteenth Courts of Appeals, I certify that the following related appeal or original proceeding has been previously filed in either the First or Fourteenth Court of Appeals:

G     None

G     Caption: _____

       Trial court
       case number: _____

       Appellate court
       case number: _____

*Charles Lyons*
[Signature of certifying attorney or pro se party]

09/25/2024

[Date]

Note: See Local Rules for the definitions of Aunderlying case,@ Arelated,@ and Apreviously filed.@

Charles Lyons
3950 Jayne Apple Ct
Decatur, GA 30034

ATLANTA GA RPDC 302
9 OCT 2024 PM 10 L

US Court of Appeals
for The Fifth Circuit
600 S. Maestri Place Ste 115
New Orleans, LA 70130

70130-341499

# United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

LYLE W. CAYCE  
CLERK

TEL. 504-310-7700  
600 S. MAESTRI PLACE,  
Suite 115  
NEW ORLEANS, LA 70130

October 23, 2024

Mr. Nathan Ocshner  
U.S. District Court  
Southern District of Texas

MIS-ROUTED NOTICE OF APPEAL

RE: Charles Lyons  
USDC# 4:24-CV-1554

Dear Mr. Ocshner,

I am forwarding a misrouted notice of appeal that should be filed in the district court. Please note the date the notice of appeal was received in the Court of Appeals for the First District, Sept. 27, 024.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____  
Angelique B. Tardie, Deputy Clerk  
504-310-7715