

**United States Court of Appeals for the Fifth Circuit**

Certified as a true copy and issued
as the mandate on May 05, 2025

Attest: *Lyle W. Cayce*
Clerk, U.S. Court of Appeals, Fifth Circuit

No. 24-20479

United States Courts
Southern District of Texas
FILED

*May 05, 2025*

Nathan Ochsner, Clerk of Court

United States Court of Appeals
Fifth Circuit

**FILED**

May 5, 2025

Lyle W. Cayce
Clerk

CHARLES LYONS,

*Plaintiff—Appellant,*

*versus*

YEHONOTAN SADE; VERO CAPITAL; US LIVING, L.L.C.,

*Defendants—Appellees.*

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 4:24-CV-1554

CLERK'S OFFICE:

Under 5TH CIR. R. 42.3, the appeal is dismissed as of May 5, 2025, for want of prosecution. The appellant failed to timely file appellant's brief.

LYLE W. CAYCE
Clerk of the United States Court
of Appeals for the Fifth Circuit

*Shea E. Pertuit*

By: _____
Shea E. Pertuit, Deputy Clerk

ENTERED AT THE DIRECTION OF THE COURT

# *United States Court of Appeals*
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE,
Suite 115
NEW ORLEANS, LA 70130

May 05, 2025

Mr. Nathan Ochsner
Southern District of Texas, Houston
United States District Court
515 Rusk Street
Room 5300
Houston, TX 77002

No. 24-20479   Lyons v. Sade
USDC No. 4:24-CV-1554

Dear Mr. Ochsner,

Enclosed is a copy of the judgment issued as the mandate.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Shea E. Pertuit, Deputy Clerk
504-310-7666

cc w/encl:
    Mr. Hugo Cesar Diaz Trejo
    Mr. Charles Lyons