United States Courts
Southern District of Texas
FILED

May 05, 2025

Nathan Ochsner, Clerk of Court

# United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE,
Suite 115
NEW ORLEANS, LA 70130

May 05, 2025

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

    No. 24-20479    Lyons v. Sade
                    USDC No. 4:24-CV-1554

The court has taken the following action in this case:

The court has reinstated the above case as it was dismissed in error.

                    Sincerely,

                    LYLE W. CAYCE, Clerk

                    By: _____
                    Shea E. Pertuit, Deputy Clerk
                    504-310-7666

P.S. to Mr. Charles Lyons: The Clerk's Office will file the Appellant's brief, previously received on 01/07/2025, will be filed on the docket as of today's date.

Mr. Hugo Cesar Diaz Trejo
Mr. Charles Lyons
Mr. Nathan Ochsner